United States District Court

Eastern District of California

Leonard C. Nixon,

     Plaintiff,                    No. Civ. S 03-2583 MCE PAN P

  vs.                            Order

Penner, et al.,

     Defendants.

-oOo-

September 14, 2005, defendants moved for an extension of time to seek summary judgment. Plaintiff did not oppose. Good cause appearing, defendants' request is granted. Time for any party to seek summary judgment is extended to December 16, 2005. Pretrial conference and trial dates set in the April 13, 2005, scheduling order are vacated, to be re-set by future order.

So ordered.

Dated: October 20, 2005.

                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge