United States District Court

Eastern District of California

Leonard C. Nixon,

      Plaintiff,　　　　　　　　　　No. Civ. S 03-2583 MCE PAN P

  vs.　　　　　　　　　　　　　　Order

Penner, et al.,

      Defendants.

-oOo-

    December 30, 2005, defendants requested an extension of time to seek summary judgment. Defendants' request is granted; they may file and serve a motion for summary judgment within 30 days. No further extensions will be granted absent a showing of manifest injustice. Pretrial conference and trial dates set in the April 13, 2005, order are vacated.

    So ordered.

    Dated: January 10, 2006.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge