IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD C. NIXON,

    Plaintiff,                               No. CIV S-03-2583 MCE PAN P

    vs.

PENNER, et al.,

    Defendants.                          <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an opposition to defendants' February 8, 2006 motion for summary judgment.[1]  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 31, 2006 motion for an extension of time is granted; and

/////

---

[1] Plaintiff's request was not served on defendants.  Plaintiff is advised that every document submitted to the court for consideration must be served on defendants.  Fed. R. Civ. P. 5.  Plaintiff is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5.  <u>See</u> Local Rule 5-135(b).  Since an attorney has filed a document with the court on behalf of defendants, documents submitted by plaintiff must be served on that attorney and not on the defendant.  Fed. R. Civ. P. 5(b)(1).  Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record.  <u>See</u> Fed. R. Civ. P. 5(b)(2)(B).  Plaintiff must include with every document filed in this action a certificate stating the date an accurate copy of the document was mailed to defendants' attorney and the address to which it was mailed.  <u>See</u> Local Rule 5-135(b) and (c).

1        2.  Plaintiff is granted thirty days from the date of this order in which to file and
2  serve an opposition to defendants' February 8, 2006 motion for summary judgment.  Defendants'
3  reply, if any, shall be filed seven days thereafter.
4  DATED: April 20, 2006.

                                                       */s/ John F. Moulds*
                                         UNITED STATES MAGISTRATE JUDGE

12
nixo2583.36