IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD C. NIXON,

          Plaintiff,                No. CIV S-03-2583 MCE PAN P

     vs.

PENNER, et al.,

          Defendants.        ORDER

_____/

        Plaintiff has filed his second request for an extension of time to file and serve an opposition to defendants February 8, 2006 motion for summary judgment.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1.  Plaintiff's May 17, 2006 request for an extension of time is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' February 8, 2006 motion for summary judgment.  Defendants' reply, if any, shall be filed seven days thereafter.  No further extensions of time will be granted.

DATED:  May 23, 2006.

UNITED STATES MAGISTRATE JUDGE