# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD C. NIXON,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>PENNER; et al.,<br><br>    Defendants - Appellees. | No. 06-16948<br>D.C. No. CV-03-02583-MCE<br><br>**ORDER** |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [✓]

Explanation: _____

_____

_____

_____

                                              Judge    MORRISON C. ENGLAND, JR.
                                              United States District Court

Date:    NOV 20 2006